**Darryl M. Saunders, L.L.C.**
150 Passaic Avenue
P.O. Box 838
Passaic, New Jersey 07055
Tel. 973-752-2273
Attorneys for Defendant, Catrina Gatling

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| United States of America, ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Docket No.: 10-00195-001 |
| Catrina Gatling, ) | |
| Defendant. ) | **CONSENT ORDER FOR 30 DAY** |
| ) | **CONTINUANCE OF SURRENDER** |

**THIS MATTER** having been opened before the Court by Darryl M. Saunders, Esq., attorney for defendant, Catrina Gatling, seeking an order continuing the date of surrender for 30 days.

IT IS ON this 9th day of April, 2012, ORDERED that Defendant's date of surrender will be continued for 30 days;

_____
Hon. Dennis M. Cavanaugh, U.S.D.J

The undersigned herby consent
to the form and entry of the
within order.

_____  _____
Brian Lee Urbano, Esq. A.U.S.A.    Darryl M. Saunders, Esq.
                                   Attorney for Defendant