# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES of AMERICA**<br>　　　　**Plaintiff,**<br><br>　　　v.<br><br>**CATRINA GATLING**<br><br>　　　　**Defendants.** | **ORDER ON APPLICATION**<br>**TO PROCEED WITHOUT**<br>**PREPAYMENT OF FEES**<br><br>Case Number: - 2:10cr195-1 |

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

x　　GRANTED, and

　　　x The Clerk is directed to file the Notice of Appeal without payment of the $455 filing fee.


ENTERED this ___9th___ day of __April__, 2012


　　　　　　　　　　　　　　　　　　　　s/DENNIS M. CAVANAUGH
　　　　　　　　　　　　　　　　　　　**Signature of Judicial Officer**

　　　　　　　　　　　　　　　　　　　**Dennis M. Cavanaugh, U.S.D.J.**
　　　　　　　　　　　　　　　　　　　**Name and Title of Judicial Officer**